IN THE SUPREME COURT OF THE STATE OF MONTANA



FILED

09/15/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 20-0005

FILED

SEP 15 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN RE THE MOTION OF CHERYL L. SNOW FOR ADMISSION TO THE BAR OF THE STATE OF MONTANA

O R D E R

Cheryl L. Snow has filed a motion for admission to the Bar of the State of Montana pursuant to Rule V of the Rules for Admission, Admission on Motion. The Bar Admissions Administrator of the State Bar of Montana has informed the Court that the Commission on Character and Fitness has certified that Snow has provided the necessary documentation and has satisfied the requirements prerequisite to admission on motion under Rule V. Therefore,

IT IS HEREBY ORDERED that upon payment of any application fees and completion of any other processing requirements as set forth by the Bar Admissions Administrator, Cheryl L. Snow may be sworn in to the practice of law in the State of Montana. Arrangements for swearing in may be made by contacting the office of the Clerk of the Montana Supreme Court.

The Clerk is directed to provide copies of this order to Petitioner and to the State Bar of Montana.

DATED this 15th day of September, 2020.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices